

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2014

No. 04-14-00316-CV

**IN THE INTEREST OF J.F., MINOR CHILD,**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-02694
Honorable John D. Gabriel, Jr., Judge Presiding

## O R D E R

The Texas Rules of Judicial Administration require this court to "ensure that the appeal is brought to final disposition . . . [w]ithin 180 days of the date the notice of appeal is filed." TEX. R. JUD. ADM. 6.2(a). This accelerated appeal from the termination of appellant's parental rights has been pending since the notice of appeal was filed in the trial court on May 1, 2014. Appellant is represented on appeal by appointed counsel, Mr. James B. Peplinski. Appellant's brief was originally due on June 9, 2014. This court has granted Mr. Peplinski one extension of time until June 29, 2014, and informed Mr. Peplinksi that no further extensions of time would be granted.

On June 29, 2014, Mr. Peplinski requested another extension of time until July 6, 2014. The motion is GRANTED and Mr. Peplinski is hereby ORDERED to file appellant's brief <u>no later than July 6, 2014</u>. If Mr. Peplinski fails to file appellant's brief by this date, this appeal will be dismissed for want of prosecution. TEX. R. APP. P. 38.8(a). No further extensions of time will be considered or granted.

The Clerk of this court shall cause a copy of this order to be served on Mr. Peplinski by certified mail, return receipt requested, and by United States mail.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court